# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# Tampa Division

MICHAEL T. FLYNN,

    *Plaintiff,*

v.

FRED WELLMAN

    *Defendants.*

Case No.: 8:23-cv-02501 (VMC/UAM)

## NOTICE OF DESIGNATION OF LEAD COUNSEL

PLEASE TAKE NOTICE, pursuant to Local Rule 2.02(a), that Plaintiff Michael T. Flynn designates Jared J. Roberts of Binnall Law Group, PLLC, as lead counsel in this proceeding.

Dated: November 14, 2023

Respectfully submitted,

/s/   *Jared Roberts*
Jared J. Roberts
(Fla. Bar No. 1036550)
Shawn M. Flynn
(Fla. Bar No. 1040911)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jared@binnall.com
shawn@binnall.com

*Counsel for Plaintiff*

1