**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division**

MICHAEL T. FLYNN,

   *Plaintiff,*

v.

FRED WELLMAN

   *Defendants.*

Case No.: 8:23-cv-02501 (VMC/UAM)

**DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

  Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Michael T. Flynn, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   Not applicable.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

    a.  Plaintiff Michael T. Flynn, resident of Sarasota County, Florida

    b.  Defendant Fred Wellman, resident of St. Louis County, Missouri.

3.  Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    a.  Plaintiff Michael T. Flynn

    b.  Jared J. Roberts, counsel for Plaintiff

    c.  Shawn Flynn, counsel for Plaintiff (no relation to Plaintiff)

    d.  Binnall Law Group, PLLC

    e.  Defendant Fred Wellman

4.  Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    None.

5.  Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    Plaintiff Michael T. Flynn is unaware of any.

6.  Identify each person arguably eligible for restitution:

    a.  Plaintiff Michael T. Flynn

☒    I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: November 14, 2023                    Respectfully submitted,

*/s/ Jared Roberts*
Jared J. Roberts
(Fla. Bar No. 1036550)
Shawn M. Flynn
(Fla. Bar No. 1040911)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jared@binnall.com
            shawn@binnall.com

*Counsel for Plaintiff*