UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division

MICHAEL T. FLYNN,

    *Plaintiff*,

v.

FRED WELLMAN

    *Defendants*.

Case No.: 8:23-cv-02501 (VMC/UAM)

## NOTICE OF A RELATED ACTION

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." But for removal cases, the parties need not identify the original state- court proceeding in this Notice. Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Tampa Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

☐     IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒     IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Dated: November 14, 2023            Respectfully submitted,

                                              */s/ Jared Roberts*
                                              Jared J. Roberts
                                              (Fla. Bar No. 1036550)
                                              Shawn M. Flynn
                                              (Fla. Bar No. 1040911)
                                              BINNALL LAW GROUP, PLLC
                                              717 King Street, Suite 200
                                              Alexandria, Virginia 22314
                                              Phone: (703) 888-1943
                                              Fax: (703) 888-1930
                                              Email: jared@binnall.com
                                                                  shawn@binnall.com

                                              *Counsel for Plaintiff*