# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MICHAEL T. FLYNN,

    Plaintiff,

v.                                           Case No.: 8:23-cv-02501-VMC-UAM

FRED WELLMAN,

    Defendant.

_____/

## NOTICE OF APPEARANCE

COMES NOW, the undersigned attorney, and gives notice that Defendant, FRED WELLMAN, will hereafter be represented by John M. Phillips, of the law firm Phillips, Hunt, Walker & Hanna, in the above captioned matter and respectfully requests that a copy of all pleadings, notices and correspondence be provided to the undersigned at the addresses below.

    Primary:    jmp@floridajustice.com
    Secondary: amy@floridajustice.com
    Tertiary:    catherine@floridajustice.com

                                      **Respectfully submitted,**

                                      **PHILLIPS, HUNT, WALKER & HANNA**

                                      */s/ John M. Phillips*
                                      **JOHN M. PHILLIPS, ESQUIRE**
                                      Florida Bar No.: 0477575

        212 North Laura Street
        Jacksonville, Florida 32202
        (904) 444-4444
        (904) 508-0683 (facsimile)
        jmp@floridajustice.com
        amy@floridajustice.com
        catherine@floridajustice.com
        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of November, 2023, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, Tampa Division by the CM/ECF system which will send notice of electronic filing to all counsel of record.

        **PHILLIPS, HUNT, WALKER & HANNA**

        */s/ John M. Phillips*
        **JOHN M. PHILLIPS, ESQUIRE**
        Florida Bar No.: 0477575
        *Attorneys for Plaintiff*