UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T. FLYNN,

    Plaintiff,

v.                                      Case No.: 8:23-cv-02501-VMC-UAM

FRED WELLMAN,

    Defendant.
_____/

## MOTION FOR SPECIAL ADMISSION

COMES NOW, Mark S. Zaid, Esquire, pursuant to Rule 2.01(c) of the Local Rules of the United States District Court for the Middle District of Florida, and moves for special admission to represent Defendant, FRED WELLMAN, in this action and in support thereof state as follows:

1.     I am neither a Florida resident nor a member in good standing of The Florida Bar.

2.     I am a member in good standing in each jurisdiction to which I have been admitted to practice, the bars of the State of Connecticut, Maryland, New York and the District of Columbia, and the following federal courts:

    a.     The U.S. Court of Appeals for the Fourth Circuit.

      b.      The U.S. Court of Appeals for the D.C. Circuit.

      c.      U.S. District Court for the Eastern District of Michigan.

      d.      U.S. District Court for the District of Maryland.

      e.      U.S. District Court for the Eastern District of New York.

      f.      U.S. District Court for the Southern District of New York.

      g.      U.S. District Court for the Northern District of New York.

      h.      U.S. District Court for the District of Columbia

3. There are currently no pending disciplinary proceedings against me in any jurisdiction to which I have been admitted generally, *pro hac vice*, or otherwise. Nor have I have been the subject of any past disciplinary proceedings.

4. I satisfy the requirements for obtaining and maintaining general admission, except for the requirements of membership in the Florida Bar, submission of an application or payment of a periodic fee.

5. I have not abused the privilege of special admission by maintaining a regular law practice in Florida.

6. I have been admitted *pro hac vice* in this Court once during the last thirty-six months in the matter of <u>Smith v. U.S. Dep't of Justice</u>, Civil Action No.: 21-01291-SDM-AEP.

7. I will comply with the federal rules and this Court's local rules.

8. I am familiar with 28 U.S.C. § 1927, which provides:

>Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

9. I have paid the fee for special admission or will pay the fee upon special admission.

10. I will register with the Court's CM/ECF system.

11. I affirm the oath, which states:

>I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated this 1st day of December, 2023.

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party does not object to my special admission.

                                                   **Respectfully submitted,**

                                                   */s/ Mark S. Zaid*
                                                   **MARK S. ZAID, ESQUIRE**
                                                   Mark S. Zaid, P.C.
                                                   1250 Connecticut Avenue, N.W., Suite 700
                                                   Washington, DC 20036

(202) 907-7945
(202) 558-4432 (facsimile)
mark@markzaid.com

## Certificate of Service

**I HEREBY CERTIFY** that on this 1st day of December, 2023, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, Tampa Division by the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Mark S. Zaid*
**MARK S. ZAID, ESQUIRE**