## UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

Michael T. Flynn

Plaintiff

Case No.: 8:23-cv-02501-VMC-UAM

vs.

Fred Wellman

Defendant

### AFFIDAVIT OF SERVICE

I, Richard A. Raymond, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Summons; Civil Cover Sheet; and Complaint Jury Trial Demanded in the above entitled case.

That on 11/18/2023 at 8:05 PM, I personally served Fred Wellman with the Summons; Civil Cover Sheet; and Complaint Jury Trial Demanded at 205 Bountiful Pointe Circle, Wildwood, Missouri 63040.

Fred Wellman is described herein as:

Gender: Male   Race/Skin: White   Age: 50-60   Weight: 185   Height: 5'10"   Hair: Black   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

11/29/23
Executed On

Richard A. Raymond

SAMANTHA LYNNE CLARK
Notary Public - Notary Seal
STATE OF MISSOURI
Jefferson County
My Commission Expires: July 27, 2024
Commission # 20234881

Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

Client Ref Number: 00541
Job #: 1626213

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| MICHAEL T. FLYNN | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. | 8:23-cv-02501-VMC-UAM |
| FRED WELLMAN | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Fred Wellman
205 Bountiful Pointe Circle
Wildwood, Missouri 63040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jared J. Roberts
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Gabriella Lobaina

Date: November 3, 2023

*Signature of Clerk or Deputy Clerk*