UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T. FLYNN,

    Plaintiff,

v.                                          Case No: 8:23-cv-2501-VMC-UAM

FRED WELLMAN,

    Defendant.
_____/

## ORDER

Defendant moves the court to allow Bradley P. Moss to appear pro hac vice as his counsel pursuant to Middle District of Florida Local Rule 2.01(c). (Motion, Dkt. 15.) Upon consideration, the court finds that the requirements of Local Rule 2.01 regarding special admission have been met. Accordingly, Defendant's Motion for Special Admission (Dkt. 15) is **GRANTED**.

In accordance with Local Rule 2.01(c), counsel, if he has not done so already, is directed to comply with the requirements for obtaining and maintaining general admission before this court as set forth in Local Rule 2.01 within 14 days of this order.[1] Counsel is also reminded that any attorney who appears in this court pursuant to Middle District of Florida Local Rule 2.01 "must remain familiar with, and is bound

---

[1] Counsel may obtain a password for CM/ECF from the court by accessing the court's website, www.flmd.uscourts.gov, and clicking on CM/ECF. After registering for CM/ECF, counsel must also register an e-mail address.

by, the rules governing the professional conduct of a member of The Florida Bar." M.D. Fla. Local R. 2.01(e).

      **ORDERED** in Tampa, Florida, on December 5, 2023.

                                              JULIE S. SNEED
                                  UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record