UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

MICHAEL T. FLYNN,

    Plaintiff,

v.                                                CASE NO.: 8:23-cv-02501-VMC-UAM

FRED WELLMAN,

    Defendant.

_____/

### NOTICE OF APPEARANCE AS CO-COUNSEL FOR DEFENDANT, FRED WELLMAN

PLEASE TAKE NOTICE that the law firm of Entin Law Group, P.A. and its attorney, Joshua M. Entin, Esq. have been retained as co-counsel of record for the Defendant, FRED WELLMAN in the above-styled cause.

Dated: December 5, 2023.

                                                           Respectfully Submitted,

                                                           */s/ Joshua M. Entin*
                                                           Joshua M. Entin
                                                           Florida Bar No: 0493724
                                                           **ENTIN LAW GROUP, P.A.**
                                                           1213 S.E. Third Avenue
                                                           Ft. Lauderdale, Florida 33316
                                                           Tel: (954) 761-7201
                                                           E-mail: josh@entinlaw.com
                                                           ***Co-counsel for Defendant, Fred Wellman***

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Joshua M. Entin, Esquire*

## SERVICE LIST

*Michael T. Flynn v. Jeff Wellman.,*
Case No. 8:23-cv-02501-VMC-UAM

**Jared Joseph Roberts**
717 King Street
Suite 200
Alexandria, VA 22314
585-297-0202
Email: jared@binnall.com
*Attorney for Plaintiff, Michael T. Flynn*

**Shawn Flynn**
Binnall Law Group
717 King Street
Suite 200
Alexandria, VA 22314
703-888-1943
Email: shawn@binnall.com
*Attorney for Plaintiff, Michael T. Flynn*

**John Michael Phillips**
Law Offices of John M. Phillips, LLC
212 North Laura Street
Jacksonville, FL 32202
904/444-4444
Fax: 904/508-0683
Email: jphillips@floridajustice.com
*Attorney for Defendant, Jeff Wellman*

**Bradley P Moss**
Mark S Zaid, P.C.
1250 Connecticut Ave NW
Ste 700
Washington, DC 20036
202-907-7945
Fax: 202-558-4432
*Attorney for Defendant, Jeff Wellman*

**Mark S. Zaid**
Mark S. Zaid, PC
1250 Connecticut Avenue, N.W.
Suite 700
Washington, DC 20036
202-454-2809
Email: Mark@MarkZaid.com
*Attorney for Defendant, Jeff Wellman*