## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MICHAEL T. FLYNN,

    Plaintiff,

v.                                                                  Case No.: 8:23-cv-02501-VMC-UAM

FRED WELLMAN,

    Defendant.

_____/

## NOTICE OF DESIGNATION OF LEAD COUNSEL

PLEASE TAKE NOTICE, pursuant to Local Rule 2.02(a), that Defendant Fred Wellman designates Mark S. Zaid, Mark S. Zaid, PC, as lead counsel in this proceeding.

Date: December 5, 2023

                                            Respectfully submitted,

                                            */s/ Joshua M. Entin*
                                            JOSHUA M. ENTIN, ESQUIRE
                                            ENTIN LAW GROUP, P.A.
                                            1213 S.E. Third Avenue
                                            Ft. Lauderdale, Florida 33316
                                            (954) 761-7201
                                            Josh@entinlaw.com

*/s/Mark S. Zaid*
MARK S. ZAID, ESQUIRE
*Admitted Pro Hac Vice*
BRADLEY P. MOSS, ESQUIRE
*Admitted Pro Hac Vice*
MARK S. ZAID, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 498-0011
(202) 330-5610 fax
Mark@MarkZaid.com
Brad@MarkZaid.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Mark S. Zaid, Esquire*

## SERVICE LIST

*FLYNN v. WELLMAN*

**CASE NUMBER: 23-cv-02501-VMC-UAM**

Jared J. Roberts, Esq.
Shawn M. Flynn, Esq.
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jared@binnall.com
shawn@binnall.com

*Via CM/ECF Notice of Electronic Filing*