**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MICHAEL T. FLYNN,

    Plaintiff,

v.                                        Case No.: 8:23-cv-02501-VMC-UAM

FRED WELLMAN,

    Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO**
**SEAL COMPLAINT UNDER FRCP 5.2 AND LOCAL RULE 1.11**
**AND REPLACE WITH REDACTED VERSION**

NOW COMES Defendant Fred Wellman, by and through his undersigned counsel and pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and Local Rule 1.11, to seal the original complaint (Dkt. 1) for purposes of removing the listed address from public view as it refers to an unrelated third-party. A redacted version for the Clerk to file is attached as Exhibit "1".

Local Rule 3.01(g) Certification

The undersigned certifies that counsel for the Plaintiff was contacted and advised of this Motion and the requested relief and graciously indicated their consent to all parts.

Date: December 5, 2023

                                                Respectfully submitted,

 */s/ Joshua M. Entin*
JOSHUA M. ENTIN, ESQUIRE
ENTIN LAW GROUP, P.A.
1213 S.E. Third Avenue
Ft. Lauderdale, Florida 33316
(954) 761-7201
Josh@entinlaw.com

*/s/Mark S. Zaid*
MARK S. ZAID, ESQUIRE
*Admitted Pro Hac Vice*
BRADLEY P. MOSS, ESQUIRE
*Admitted Pro Hac Vice*
MARK S. ZAID, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 498-0011
(202) 330-5610 fax
Mark@MarkZaid.com
Brad@MarkZaid.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Mark S. Zaid, Esquire*

**SERVICE LIST**

*FLYNN v. WELLMAN*

**CASE NUMBER: 23-cv-02501-VMC-UAM**

Jared J. Roberts, Esq.
Shawn M. Flynn, Esq.
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jared@binnall.com
shawn@binnall.com

*Via CM/ECF Notice of Electronic Filing*