UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T. FLYNN,

    Plaintiff,

v.                                Case No.: 8:23-cv-02501-VMC-UAM

FRED WELLMAN,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER COMPLAINT OR OTHERWISE FILE MOTION UNDER <u>RULE 12 OF THE FEDERAL RULES OF CIVIL PROCEDURE</u>**

NOW COMES Defendant Fred Wellman ("Mr. Wellman"), by and through his undersigned counsel, to respectfully request this Court extend his period of time to Friday, December 29, 2023, to either file an Answer to the Complaint (Dkt. 1) or otherwise file a Motion under Rule 12 of the Federal Rules of Civil Procedure or other proper filing.

The Plaintiff Michael Flynn filed his Affidavit of Service (Dkt. 18) on December 4, 2023, asserting that Mr. Wellman had been served with the Complaint on November 18, 2023. If properly served, Mr. Wellman's Answer or Motion would be due to be filed on or about December 11, 2023. Prior to formal service, the Parties had discussed and agreed upon in writing to extend Mr. Wellman's time period to December 29, 2023.

The extension is due, in part, to Mr. Wellman's primary counsel, Mark S. Zaid, traveling out of the country for a period of a week, as well as the Thanksgiving holiday, the need to retain local counsel, and properly researching the facts of the new case and preparing the forthcoming filing.

### Local Rule 3.01(g) Certification

The undersigned certifies that counsel for the Plaintiff was contacted and advised of this Motion and the requested relief and graciously indicated their consent to all parts.

Date: December 5, 2023

> Respectfully submitted,
>
> */s/ Joshua M. Entin*
> JOSHUA M. ENTIN, ESQUIRE
> ENTIN LAW GROUP, P.A.
> 1213 S.E. Third Avenue
> Ft. Lauderdale, Florida 33316
> (954) 761-7201
> Josh@entinlaw.com
>
> */s/Mark S. Zaid*
> MARK S. ZAID, ESQUIRE
> *Admitted Pro Hac Vice*
> BRADLEY P. MOSS, ESQUIRE
> *Admitted Pro Hac Vice*
> MARK S. ZAID, P.C.
> 1250 Conn. Avenue, N.W., Ste. 700
> Washington, D.C. 20036
> (202) 498-0011
> Mark@MarkZaid.com
> Brad@MarkZaid.com
> *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Mark S. Zaid, Esquire*

## SERVICE LIST

### *FLYNN v. WELLMAN*

### CASE NUMBER: 23-cv-02501-VMC-UAM

Jared J. Roberts, Esq.
Shawn M. Flynn, Esq.
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jared@binnall.com
shawn@binnall.com

*Via CM/ECF Notice of Electronic Filing*