UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T. FLYNN,

                          Case No. 8:23-CV-02501-VMC-UAM

    Plaintiffs,

v.

FRED WELLMAN,

    Defendants.

_____/

**JOHN M. PHILLIPS' UNOPPOSED MOTION FOR LEAVE TO
TO WITHDRAW AS COUNSEL FOR DEFENDANT, FRED WELLMAN**

COMES NOW, John M. Phillips, Esquire, pursuant to Rule 2.02 of the Middle District of Florida Local Rules, and moves to withdraw as Defendant's counsel and in support thereof states:

1. Plaintiff's lawsuit was filed on November 2, 2023 and John M. Phillips appeared on behalf of the Defendant on November 30, 2023.

2. Mr. Phillips respectfully requests to withdraw from this matter.

3. The requested withdraw will not have a material adverse effect on the interests of the client because this case is at such an early stage and Defendant has already secured new local counsel. On December 5, 2023, Joshua Michael Entin appeared on behalf of Fred Wellman [DE 19].

4. Additionally, Bradley Moss [DE 17] and Mark Zaid [DE 18], have been approved to appear *pro hac vice* on behalf of the Defendant.

5. Joshua Michael Entin, Bradley Moss and Mark Zaid consent to Mr. Phillips' request to withdraw as counsel to Defendant Wellman.

WHEREFORE, John M. Phillips, respectfully moves this Court for an order granting his withdraw as counsel for Defendant in this matter.

### RULE 2.02(c) CERTIFICATION

**I HEREBY CERTIFY,** that on December 5, 2023, I conferred with Defendant Wellman who advised he consented to my withdraw as counsel in this matter.

### RULE 3.01(g) CERTIFICATION

**I HEREBY CERTIFY**, that I have conferred with opposing counsel for Plaintiff and was advised they do not oppose the relief requested herein.

### CERTIFICATE OF SERVICE

The undersigned certifies that on this 7th day of December, 2023, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, using the CM/ECF system which will send notice of electronic filing to all counsel of record.

**PHILLIPS, HUNT, WALKER & HANNA**

*/s/ John M. Phillips*
**JOHN M. PHILLIPS, ESQUIRE**
Florida Bar Number: 0477575

2

        212 N Laura Street
        Jacksonville, FL 32202
        (904) 444-4444
        (904) 508-0683 (facsimile)
        Attorney for Defendant
        jmp@floridajustice.com
        catherine@floridajustice.com