UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T. FLYNN,

    Plaintiff,

v.                              Case No.: 8:23-cv-02501-VMC-UAM

FRED WELLMAN,

    Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE
FORTHCOMING MOTION IN EXCESS OF PAGE LIMITATION**

Per this Court's Endorsed Order dated December 7, 2023 (Dkt. 27), Defendant Fred Wellman's ("Mr. Wellman") Time to Answer Complaint or Otherwise File Motion Under Rule 12 of the Federal Rules of Civil Procedure was extended until on or before December 29, 2023. Pursuant to Local Rule 3.01(a), Mr. Wellman respectfully moves for leave to file up to a 40-page Motion and incorporated memorandum of law by that deadline. This brief may exceed by up 15 pages what is otherwise permitted pursuant to Local Rule 3.01(a). Plaintiff Michael Flynn does not oppose this application. Good cause exists for granting Mr. Wellman's request.

    1. Plaintiff has filed claims against Mr. Wellman for Defamation, Defamation *per se* and Injurious Falsehood arising out of three allegedly

defamatory tweets. Plaintiff seeks compensatory and punitive damages of $150,000,000.

2. In accordance with Federal Rule 12, Mr. Wellman will be moving to dismiss all claims, as well as pursue sanctions pursuant to Florida's anti-SLAPP law, Fla. Stat. § 768.295. Given the factual background, the broad claims for relief, and significant issues of law to address, Mr. Wellman cannot present his arguments within the page limits allowed by Local Rule 3.01(a).

3. The additional pages requested by Mr. Wellman will allow him to move for dismissal and sanctions in an organized, clear, and efficient matter. The additional pages will also materially assist the Court in considering its position. Of course, the Court has broad discretion to grant this request. *See Whitehead By and Through Whitehead v. Sch. Bd. for Hillsborough Cnty., Fla.*, 932 F. Supp. 1396, 1398 (M.D. Fla. 1996).

4. Considering the foregoing, Mr. Wellman believes that good cause exists for filing a motion which exceeds the page limitations in Rule 3.01(a), and that Plaintiff will not be prejudiced. The undersigned counsel has also notified Plaintiff's counsel that consent will be provided if a similar motion is filed with respect to the Opposition brief.

WHEREFORE, Mr. Wellman respectfully requests that the Court grant this motion and permit him to file up to a 40-page motion on or before December 29, 2023.

LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Mr. Wellman further certifies that counsel conferred with Plaintiff's counsel by e-mail on December 13, 2023, and was advised that Plaintiff does not oppose the relief requested.

Date: December 13, 2023

                                      Respectfully submitted,

                                      */s/ Joshua M. Entin*
                                      JOSHUA M. ENTIN, ESQUIRE
                                      ENTIN LAW GROUP, P.A.
                                      1213 S.E. Third Avenue
                                      Ft. Lauderdale, Florida 33316
                                      (954) 761-7201
                                      Josh@entinlaw.com

                                      */s/Mark S. Zaid*
                                      MARK S. ZAID, ESQUIRE
                                      *Admitted Pro Hac Vice*
                                      BRADLEY P. MOSS, ESQUIRE
                                      *Admitted Pro Hac Vice*
                                      MARK S. ZAID, P.C.
                                      1250 Conn. Avenue, N.W., Ste. 700
                                      Washington, D.C. 20036
                                      (202) 498-0011
                                      Mark@MarkZaid.com
                                      Brad@MarkZaid.com
                                      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 13, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Mark S. Zaid, Esquire*

**SERVICE LIST**

***FLYNN v. WELLMAN***

**CASE NUMBER: 23-cv-02501-VMC-UAM**

Jared J. Roberts, Esq.
Shawn M. Flynn, Esq.
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jared@binnall.com
shawn@binnall.com

*Via CM/ECF Notice of Electronic Filing*