UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T. FLYNN,

    Plaintiff,

vs.                                       Case No.: 8:23-cv-02501-VMC-UAM

FRED WELLMAN,

    Defendants.

_____/

## DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant, FRED WELLMAN, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation: **There is no such corporation.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

    a. **Plaintiff, Michael T. Flynn, resident of Sarasota County, Florida.**

    b. **Defendant, Fred Wellman, resident of St. Louis County, Missouri.**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    a. Michael T. Flynn, Plaintiff

    b. Fred Wellman, Defendant

    c. Joshua M. Entin, Esquire, Counsel for Defendant

    d. Entin Law Group, P.A.

    e. Mark S. Zaid, Esquire, Counsel for Defendant

    f. Bradley Moss, Esquire, Counsel for Defendant

    g. Mark S. Zaid, P.C.

    h. Jared J. Roberts, Esquire, Counsel for Plaintiff

    i. Shawn Flynn, Esquire, Counsel for Plaintiff

    j. Binnall Law Group, PLLLC

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome: **There is no such entity.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee: **There is no such entity.**

6. Identify each person arguably eligible for restitution: **There is no such person.**

☒     I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

**Respectfully submitted,**

*/s/ Joshua M. Entin*
JOSHUA M. ENTIN, ESQUIRE
ENTIN LAW GROUP, P.A.
1213 S.E. Third Avenue
Ft. Lauderdale, Florida 33316
(954) 761-7201
Josh@entinlaw.com

*/s/Mark S. Zaid*
MARK S. ZAID, ESQUIRE
*Admitted Pro Hac Vice*
BRADLEY P. MOSS, ESQUIRE
*Admitted Pro Hac Vice*
MARK S. ZAID, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 498-0011
(202) 330-5610 fax
Mark@MarkZaid.com
Brad@MarkZaid.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Mark S. Zaid, Esquire*

## SERVICE LIST

*FLYNN v. WELLMAN*

**CASE NUMBER: 23-cv-02501-VMC-UAM**

Jared J. Roberts, Esq.
Shawn M. Flynn, Esq.
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jared@binnall.com
shawn@binnall.com

*Via CM/ECF Notice of Electronic Filing*