UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T. FLYNN,
    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No: 8:23-cv-2501-VMC-UAM

FRED WELLMAN,
    Defendant.
_____/

**ORDER**

Attorney John M. Phillips moves for leave to withdraw as counsel for Defendant in this matter pursuant to Middle District of Florida Local Rule 2.02(c). (Motion, Dkt. 25.) Defendant consents to the withdrawal. (*Id.*) As the requirements of Middle District of Florida Local Rule 2.02(c) have been satisfied, Attorney Phillips' Unopposed Motion for Leave to Withdraw as Counsel for Defendant (Dkt. 25) is **GRANTED**. The Clerk is directed to terminate Attorney John M. Phillips as counsel of record for Defendant and he is relieved of any further responsibility to represent Defendant in this case. Defendant will continue to be represented by counsel as listed on the docket.

**ORDERED** in Tampa, Florida, on December 19, 2023.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record