# EXHIBIT "1"





**Fred Wellman** ✓
@FPWellman

# Mike Flynn is a foreign agent.

🇺🇦 Karen Piper @PiperK · Feb 27
Michael Flynn wrote another op-ed for Russia, saying Putin has "legitimate security concerns." westernjournal.com/breaking-flynn...

> Our president rarely entertains questions or takes responsibility for his tone deafness and failures. The White House ignored — even laughed at — Putin's legitimate security concerns and ethnic unrest in the Ukraine.
>
> We have yet to hear from the president of the United States an explanation of U.S. national security interests in the region.
>
> **Related:** Op-Ed: Compared to How We Handled the Soviet Union, Current Response to Russia Is Jaw-Dropping
>
> Instead, we continue to demonize Russia — reminiscent of the fake Russia-collusion hysteria we now know was perpetrated against the Trump administration by elements of the Clinton campaign and Obama administration (among others).
>
> President Putin calculated this strategic, historic and geographic play and made the decision to move.

9:55 PM · Feb 27, 2022 · Twitter for iPhone

1,916 Retweets   134 Quote Tweets   7,855 Likes



**Fred Wellman** ✓
@FPWellman

He's not a Putin apologist. He's a paid agent. Mike Flynn is a traitor and a bigot.



PatriotTakes 🇺🇸 @patriottakes · Mar 13

Michael Flynn said "Vladimir Putin has now upset" the plans of "New World Order" by "going into Ukraine," but claimed he isn't a "Putin apologist."

Show this thread

*that are playing out in Ukraine right now and*
0:42  75.7K views

2:45 PM · Mar 13, 2022 · Twitter for iPhone

**420** Retweets   **21** Quote Tweets   **2,183** Likes