UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division

MICHAEL T. FLYNN,

    Plaintiff,

    v.                                    Civil Action No. 23-02501-VMC-UAM

FRED WELLMAN

    Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO FILE FORTHCOMING MOTION AND IN EXCESS OF PAGE LIMITATION**

    Per this Court's Endorsed Order dated January 17, 2024 (Dkt. 40), Defendant Fred Wellman's ("Mr. Wellman") Motion to Dismiss or, in the alternative, Judgment on the Pleadings, and Motion for Attorney's Fees and Costs under Florida's anti-SLAPP statute ("Original Motion") was denied as moot in light of the Plaintiff Michael T. Flynn ("Mr. Flynn") filing an Amended Complaint on January 16, 2024 (Dkt. 39). Pursuant to Federal Rules of Civil Procedure 15(a)(3), Mr. Wellman's deadline to file an Answer or a renewed Motion under Rule 12 of the Federal Rules of Civil Procedure is today, January 30, 2024. Mr. Wellman now respectfully seeks two forms of relief from this Court.

First, Mr. Wellman seeks a one-week extension of this deadline until on or before February 7, 2024. Second, Mr. Wellman again seeks leave to file up to a 40-page Motion and incorporated memorandum of law by that deadline.

1. The need for this extension of time is due in part to the need to update Mr. Wellman's forthcoming filing in light of a ruling issued today in *Michael T. Flynn v. Jim Stewartson, et al.*, Case No.: 2023 CA 004264 NC (Fla. 12th Cir. Ct. January 30, 2024). In that case, which involves similar factual defamation claims brought by Mr. Flynn as seen in the present case, the Court granted the dispositive motion filed by one of the defendants in reliance upon Florida's anti-SLAPP statute. Additionally, Mr. Wellman's primary legal counsel has been and continues to be on travel for court and other professional obligations, as well as facing a variety of legal responsibilities and deadlines in other cases (including in another matter before this Court). No other deadlines will be impacted, and this case remains in its infancy.

2. Mr. Wellman is also seeking leave to again file excess pages in an abundance of caution. Mr. Wellman previously sought this same relief in an unopposed motion filed on December 13, 2023. Dkt. 29. Mr. Wellman incorporates by reference the detailed explanations contained in that original motion with respect to the justification for being granted leave to

file excess pages. Dkt. 29, ¶¶1-3 In an Endorsed Order dated December 14, 2024, this Court granted Mr. Wellman leave to exceed the page limit set by Local Rule 3.01(a) with respect to his Original Motion. In an effort to avoid any technical confusion, Mr. Wellman is seeking this same leave again given his forthcoming motion will be in response to the Amended Complaint and not Mr. Flynn's original Complaint.

3. Mr. Flynn, through counsel, has graciously indicated he consents to the requested relief sought by Mr. Wellman in this Motion.

THEREFORE, Mr. Wellman respectfully requests that the Court grant this Motion and permit him until on or before February 7, 2024, to file a renewed Motion in response to the Amended Complaint, and permit him to file up to 40 pages as may be needed.

Date: January 30, 2024

                Respectfully submitted,

                */s/ Joshua M. Entin*
                JOSHUA M. ENTIN, ESQUIRE
                ENTIN LAW GROUP, P.A.
                1213 S.E. Third Avenue
                Ft. Lauderdale, Florida 33316
                (954) 761-7201
                Josh@entinlaw.com

                /s/Mark S. Zaid
                MARK S. ZAID, ESQUIRE
                *Admitted Pro Hac Vice*
                BRADLEY P. MOSS, ESQUIRE
                *Admitted Pro Hac Vice*
                MARK S. ZAID, P.C.
                1250 Connecticut Avenue, N.W., Suite 700
                Washington, D.C. 20036
                (202) 498-0011
                Mark@MarkZaid.com
                Brad@MarkZaid.com

                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2024, I caused the foregoing to be filed electronically with the Clerk of the Court by using the CM/ECF system, which will send notice of electronically to:

    Jared J. Roberts, Esq.
    Shawn M. Flynn, Esq.

    *Plaintiff's Counsel*

                              /s/ Mark S. Zaid, Esquire