# EXHIBIT "1"



**Fred Wellman** ✓
@FPWellman

He's a traitor. He's being paid by Putin. Stop pretending Flynn hasn't forsaken his oath to the nation for money.



Ron Filipkowski 🇺🇦 @RonFilipkowski · Feb 2

Michael Flynn tonight on Vladimir Putin: "The guy's a very strong leader. He's been in charge for a long time. And he's not going to put up with the nonsense he's seeing in Europe."



10:19 PM · Feb 2, 2022 · Twitter for iPhone

**1,575** Retweets   **95** Quote Tweets   **7,095** Likes