# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# Tampa Division

MICHAEL T. FLYNN,

    *Plaintiff,*

v.

FRED WELLMAN

    *Defendants.*

Case No.: 8:23-cv-02501 (VMC/UAM)

## UNOPPOSED MOTION FOR EXTENSION OF TIME AND LEAVE TO FILE OPPOSITION IN EXCESS OF PAGE LIMITS

Plaintiff Michael Flynn ("Gen. Flynn"), by and through counsel, hereby moves for an extension of time until March 27, 2024, to respond to Defendant's Motion to Dismiss, Or, In The Alternative, Judgment On the Pleadings, And His Motion for Attorney Fees And Costs Under Florida's Anti-SLAPP Statute. Doc. 44. In addition, Gen. Flynn seeks leave of the Court to file an opposition to Defendant's Motion to Dismiss, Or, In The Alternative, Judgment On the Pleadings, And His Motion for Attorney Fees And Costs Under Florida's Anti-SLAPP Statute in excess of the normal 20-page limit. Gen. Flynn seeks leave for an additional 15 pages totaling 35 pages, the same additional pages granted to Defendant before his filing.

Good cause exists for this motion because it will allow Gen. Flynn adequate time to respond to Defendant's motion fully and appropriately, which

raises several legal theories for relief. Further, this motion would not prejudice Defendant, as he consents to Gen. Flynn's requested relief.

Therefore, Gen. Flynn respectfully requests this Court grant an extension to file his response to Defendant's Motion to Dismiss, Or, In The Alternative, Judgment On the Pleadings, And His Motion for Attorney Fees And Costs Under Florida's Anti-SLAPP Statute until and including March 27, 2024, and grant leave to file an opposition up to 35 pages in length.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Gen. Flynn certifies that they have conferred with Defendant's counsel and that Defendant does not oppose the relief requested herein.

Dated: February 12, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Jared Roberts*
　　　　　　　　　　　　　　　　　　Jared J. Roberts
　　　　　　　　　　　　　　　　　　(Fla. Bar No. 1036550)
　　　　　　　　　　　　　　　　　　Shawn M. Flynn
　　　　　　　　　　　　　　　　　　(Fla. Bar No. 1040911)
　　　　　　　　　　　　　　　　　　BINNALL LAW GROUP, PLLC
　　　　　　　　　　　　　　　　　　717 King Street, Suite 200
　　　　　　　　　　　　　　　　　　Alexandria, Virginia 22314
　　　　　　　　　　　　　　　　　　Phone: (703) 888-1943
　　　　　　　　　　　　　　　　　　Fax: (703) 888-1930
　　　　　　　　　　　　　　　　　　Email: shawn@binnall.com
　　　　　　　　　　　　　　　　　　　　　　jared@binnall.com

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on February 12, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Jared Roberts*
Jared J. Roberts
(Fla. Bar No. 1036550)

*Counsel for Plaintiff*
