UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T. FLYNN,

    Plaintiff,

v.                                                       Case No.: 8:23-cv-02501-VMC-UAM

FRED WELLMAN,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF COMPLIANCE WITH**
**FLORIDA'S SAFE HARBOR PASSAGE REQUIREMENT**

    COMES NOW, Defendant Fred Wellman ("Mr. Wellman"), by and through his undersigned counsel, to notify the Court that his filing today of a Motion for Sanctions complied with Florida's Safe Harbor requirement. The Motion was initially served on the Plaintiff on February 6, 2024. As no corrective action was taken and having allowed for the passage of 21 days, *see Schalamar Creek Mobile Homeowner's Ass'n v. Adler*, 2022 U.S. Dist. LEXIS 143693, *11 (M.D. Fla. Aug. 11, 2022), the Defendant now files the Motion for the Court's consideration.

**Respectfully submitted,**

/s/ Joshua M. Entin
JOSHUA M. ENTIN, ESQUIRE
ENTIN LAW GROUP, P.A.
1213 S.E. Third Avenue
Ft. Lauderdale, Florida 33316
(954) 761-7201
Josh@entinlaw.com

/s/Mark S. Zaid
MARK S. ZAID, ESQUIRE
*Admitted Pro Hac Vice*
BRADLEY P. MOSS, ESQUIRE
*Admitted Pro Hac Vice*
MARK S. ZAID, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 498-0011
Mark@MarkZaid.com
Brad@MarkZaid.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2024, I caused the foregoing to be filed electronically with the Clerk of the Court by using the CM/ECF system, which will send notice of electronically to:

>Jared J. Roberts, Esq.
>Shawn M. Flynn, Esq.
>
>*Plaintiff's Counsel*

>/s/ Mark S. Zaid, Esquire