# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MICHAEL T. FLYNN,

    Plaintiff,

v.                                                   Case No.: 8:23-cv-02501-VMC-UAM

FRED WELLMAN,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF FILING OF MISSING
## EXHIBITS TO ACCOMPANY HIS MOTION FOR SANCTIONS

COMES NOW, Defendant Fred Wellman ("Mr. Wellman"), by and through his undersigned counsel, to respectfully file the exhibits inadvertently omitted from the filing of his Motion for Sanctions (Dkt. 47).

**Respectfully submitted,**

| | |
|---|---|
| */s/ Joshua M. Entin* | */s/Mark S. Zaid* |
| JOSHUA M. ENTIN, ESQUIRE | MARK S. ZAID, ESQUIRE |
| ENTIN LAW GROUP, P.A. | *Admitted Pro Hac Vice* |
| 1213 S.E. Third Avenue | BRADLEY P. MOSS, ESQUIRE |
| Ft. Lauderdale, Florida 33316 | *Admitted Pro Hac Vice* |
| (954) 761-7201 | MARK S. ZAID, P.C. |
| Josh@entinlaw.com | 1250 Connecticut Avenue, N.W. |
| | Suite 700 |
| | Washington, D.C. 20036 |
| | (202) 498-0011 |
| | Mark@MarkZaid.com |
| | Brad@MarkZaid.com |
| | |
| | *Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2024, I caused the foregoing to be filed electronically with the Clerk of the Court by using the CM/ECF system, which will send notice of electronically to:

>Jared J. Roberts, Esq.
>Shawn M. Flynn, Esq.
>
>*Plaintiff's Counsel*

*/s/ Mark S. Zaid, Esquire*
