# EXHIBIT "1"

