UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division

MICHAEL T. FLYNN,

    *Plaintiff*,

v.

FRED WELLMAN

    *Defendants*.

Case No.: 8:23-cv-02501 (VMC/UAM)

### PLAINTIFF MICHAEL T. FLYNN'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF HIS MOTION FOR STAY

Plaintiff Michael T. Flynn, by and through his counsel of record, and pursuant to Local Rule 3.01(d), hereby moves this Court for leave to file a reply to Defendant's response in opposition, *see* Dkt. No. 54, in support of his motion to stay, *see* Dkt. No. 53. Good cause exists for this Motion.

On March 20, 2024, Plaintiff filed a motion to stay this Court's decision on the motion to dismiss or in the alternative for summary judgment filed by Defendant. Dkt. No. 53. On March 24, 2024, Defendant filed his response in opposition to Plaintiff's motion to stay this Court's decision on Defendant's motion to dismiss pending the resolution of the appeal of a substantively similar state level appeal. Dkt. No. 54. In this response in opposition, Defendant argues that a certain standard applies, which Plaintiff did not address in his opening brief. In addition, Defendant argues that the expediency

1

provision of the Florida Anti-SLAPP statute should apply in federal court, which Plaintiff did not address.

Because Defendant's response contains new issues and arguments, Plaintiff seeks leave to file a reply to address these issues. Local Rule 3.01(d) of the United States District Court for the Middle District of Florida allows parties to seek leave to file a reply. "The purpose of a reply brief is to rebut any new law or facts contained in the opposition[']s response to a request for relief before the Court." *Tardif v. People for the Ethical Treatment of Animals*, 2011 U.S. Dist. LEXIS 75346, at *5 (M.D. Fla. 2011). Here, Defendant has raised new issues and arguments, and it would be in the interest of the parties and the Court to allow Plaintiff to brief his side of these issues before any hearing or decision on these issues.

In compliance with Local Rule 3.01(d), Plaintiff requests leave to file a Reply that does not exceed five (5) pages and is due within ten days from the date of the Court's order on this Motion. This Motion is made in good faith and not for purposes of delay, harassment, or other improper purposes. Therefore, Plaintiff respectfully requests this Court grant his motion for leave to file a short reply brief clarifying the issues for the Court.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Gen. Flynn certifies that they have conferred with Defendant's counsel and that Defendant opposes the relief requested herein.

Dated: April 1, 2024                               Respectfully submitted,

*/s/ Jared Roberts*
Jared J. Roberts
(Fla. Bar No. 1036550)
Shawn M. Flynn
(Fla. Bar No. 1040911)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: shawn@binnall.com
           jared@binnall.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on April 1, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

<u>/s/Jared Roberts</u><br>
Jared J. Roberts<br>
(Fla. Bar No. 1036550)<br>
<i>Counsel for Plaintiff</i>