UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division

MICHAEL T. FLYNN,

    Plaintiff,

    v.                                   Civil Action No. 23-02501-VMC-UAM

FRED WELLMAN

    Defendant.

_____/

**NOTICE OF PLAINTIFF'S CONCESSION TO**
**DEFENDANT'S MOTION FOR VIRTUAL STATUS CONFERENCE**

On April 5, 2024, the Defendant Fred Wellman filed a Motion for Virtual Status Conference, Dkt. 58. Any response from the Plaintiff was due to be filed within fourteen days of service, or on or before April 19, 2024. Local Rule 3.01(c). No opposition or other form of response was filed. As noted in the Local Rule, "[i]f a party fails to timely respond, the motion is subject to treatment as unopposed." *Id*.

Date: May 8, 2024

Respectfully submitted,

*/s/ Joshua M. Entin*
JOSHUA M. ENTIN, ESQUIRE
ENTIN LAW GROUP, P.A.
1213 S.E. Third Avenue
Ft. Lauderdale, Florida 33316
(954) 761-7201
Josh@entinlaw.com

*/s/Mark S. Zaid*
MARK S. ZAID, ESQUIRE
*Admitted Pro Hac Vice*
BRADLEY P. MOSS, ESQUIRE
*Admitted Pro Hac Vice*
MARK S. ZAID, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 498-0011
(202) 330-5610 fax
Mark@MarkZaid.com
Brad@MarkZaid.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2024, I caused the foregoing to be filed electronically with the Clerk of the Court by using the CM/ECF system, which will send notice of electronically to:

>Jared J. Roberts, Esq.
>Shawn M. Flynn, Esq.
>*Plaintiff's Counsel*

>*/s/ Mark S. Zaid, Esquire*