UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division

| | |
|---|---|
| MICHAEL T. FLYNN, *Plaintiff*, v. FRED WELLMAN *Defendants*. | Case No.: 8:23-cv-02501 (VMC/UAM) |

**PLAINTIFF'S STATUS REPORT**

Plaintiff, Michael T. Flynn, by and through his counsel of record, and pursuant to this Court's June 24, 2024 Order (Doc. 61), provides the following status of the appeal in *Flynn v. Wilson et al*, 2023 CA 004264 NC (Sarasota Cir. Ct. Jul. 13, 2023).

On April 11, 2024, General Flynn filed his initial brief. On May 15, 2024, Appellant Rick Wilson filed his answer brief, and General Flynn filed his reply brief on June 4, 2024. On July 17, 2024, the District Court of Appeal, Second District, set the matter *Flynn v. Wilson et al*, for oral argument on September 10, 2024. There have been no new updates since General Flynn's last status report on July 24, 2024.

Dated: August 23, 2024                                                Respectfully submitted,

*/s/  Jared Roberts*
Jared J. Roberts
(Fla. Bar No. 1036550)
Shawn M. Flynn
(Fla. Bar No. 1040911)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: shawn@binnall.com
           jared@binnall.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on August 23, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/   Jared Roberts*
Jared J. Roberts
(Fla. Bar No. 1036550)
*Counsel for Plaintiff*
