UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division

MICHAEL T. FLYNN,

    *Plaintiff*,

v.

FRED WELLMAN

    *Defendants*.

Case No.: 8:23-cv-02501 (VMC/UAM)

## PLAINTIFF'S STATUS REPORT

Plaintiff, Michael T. Flynn, by and through his counsel of record, and pursuant to this Court's June 24, 2024 Order (Doc. 61), provides the following status of the appeal in *Flynn v. Wilson et al*, 2023 CA 004264 NC (Sarasota Cir. Ct. Jul. 13, 2023).

On April 11, 2024, General Flynn filed his initial brief. On May 15, 2024, Appellant Rick Wilson filed his answer brief, and General Flynn filed his reply brief on June 4, 2024. On September 10, 2024, the District Court of Appeal, Second District, held oral argument. The District Court of Appeal has not yet issued a decision.

Dated: September 24, 2024

Respectfully submitted,

*/s/ Jared Roberts*
Jared J. Roberts

1

        (Fla. Bar No. 1036550)
Shawn M. Flynn
(Fla. Bar No. 1040911)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: shawn@binnall.com
          jared@binnall.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on September 24, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/   Jared Roberts*
Jared J. Roberts
(Fla. Bar No. 1036550)
*Counsel for Plaintiff*
