UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division

MICHAEL T. FLYNN,

    *Plaintiff*,

v.

FRED WELLMAN

    *Defendants*.

Case No.: 8:23-cv-02501 (VMC/UAM)

## PLAINTIFF'S STATUS REPORT

Plaintiff, Michael T. Flynn, by and through his counsel of record, and pursuant to this Court's December 15, 2024 Order (Doc. 69), provides the following status of the appeal in *Flynn v. Wilson et al*, 2023 CA 004264 NC (Sarasota Cir. Ct. Jul. 13, 2023).

On December 12, 2024, General Flynn updated this Court that he was evaluating his next steps for his appeal. Subsequently, on January 10, 2025, General Flynn filed his notice of appeal to the Florida Supreme Court. Pursuant to Rule 9.120(d), General Flynn's brief on jurisdiction is due on January 20, 2025. The respondent's brief is due on February 19, 2025. No reply brief is permitted. General Flynn will promptly notify the Court of the Supreme Court's decision on jurisdiction and respectfully requests this Court continue to stay this matter pending that decision.

1

Dated: January 17, 2025                                    Respectfully submitted,

                                                      */s/   Jared Roberts*
                                                     Jared J. Roberts
                                                     (Fla. Bar No. 1036550)
                                                     Shawn M. Flynn
                                                     (Fla. Bar No. 1040911)
                                                     BINNALL LAW GROUP, PLLC
                                                     717 King Street, Suite 200
                                                     Alexandria, Virginia 22314
                                                     Phone: (703) 888-1943
                                                     Fax: (703) 888-1930
                                                     Email: shawn@binnall.com
                                                                jared@binnall.com

                                                     *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on January 17, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/   Jared Roberts*
Jared J. Roberts
(Fla. Bar No. 1036550)
*Counsel for Plaintiff*
