# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### Tampa Division

MICHAEL T. FLYNN,

     *Plaintiff,*

v.

FRED WELLMAN,

     *Defendant.*

Case No.: 8:23-cv-02501 (VMC/UAM)

## RULE 41 NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby notices the dismissal of this action without prejudice.

Dated: February 14, 2025

Respectfully submitted,

*/s/   Jared Roberts*
Jared J. Roberts
(Fla. Bar No. 1036550)
Shawn M. Flynn
(Fla. Bar No. 1040911)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: shawn@binnall.com
     jared@binnall.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I certify that on February 14, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/   Jared Roberts*
Jared J. Roberts
(Fla. Bar No. 1036550)
*Counsel for Plaintiff*

2