UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division

MICHAEL T. FLYNN,

    *Plaintiff,*

v.

FRED WELLMAN

    *Defendants.*

Case No.: 8:23-cv-02501 (VMC/UAM)

**PLAINTIFF'S MOTION TO HOLD IN ABEYANCE
DEFENDANT'S MOTION FOR ENTITLEMENT TO
ATTORNEYS' FEES AND EXPENSES**

Plaintiff, Michael T. Flynn, by and through counsel, hereby moves to hold in abeyance Defendant's Motion for Entitlement to Attorneys' Fees and Expenses, Dkt. No. 75. On February 20, 2025, Defendant filed his Motion to Re-Open Case and to Reconsider Order Denying Pending Motions as Moot. Dkt. No. 74. On February 26, 2025, Defendant filed his Motion for Entitlement to Attorneys' Fees and Expenses. Dkt. No. 75. Plaintiff's response is currently due on March 12, 2025.

District Courts have the inherent authority to manage their own dockets to ensure "the orderly and expeditious disposition of [their] cases." *Equity Lifestyle Prop., Inc. v. Fla. Mowing & Landscape Servs., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) (citation and internal quotation marks omitted). This

inherent authority includes the ability to set deadlines on matters pending before the Court. *Smith v. Psychiatric Solutions, Inc.*, 750 F.3d 1253, 1262 (11th Cir. 2014).

Plaintiff asserts that good cause exists to hold Defendant's Motion for Entitlement to Attorneys' Fees and Expenses in abeyance because it is dependent on his Motion to Re-Open Case and to Reconsider Order Denying Pending Motions as Moot, in that the former cannot be granted without a ruling on the latter. Accordingly, to preserve resources of the Court and the parties, Plaintiff respectfully moves this Court to hold in abeyance Defendant's Motion for Entitlement to Attorneys' Fees and Expenses until the Court has ruled on Defendant's Motion to Re-Open Case and to Reconsider Order Denying Pending Motions as Moot.

Should the Court issue an order granting Defendant's Motion to Re-Open Case and to Reconsider Order Denying Pending Motions as Moot, Plaintiff will be prepared to file a response to Defendant's Motion for Entitlement to Attorneys' Fees and Expenses within 14 days of such order. Neither party will be prejudiced by this request. Defendant does not join in on Plaintiff's analysis, however, Defendant does consent to the relief requested herein provided that the response to Defendant's Motion for Entitlement to Attorneys' Fees and Expenses be due within 14 days of such order.

Wherefore, Plaintiff respectfully requests this Court hold in abeyance Defendant's Motion for Entitlement to Attorneys' Fees and Expenses. Should the Court grant Defendant's Motion to Re-Open Case and to Reconsider Order Denying Pending Motions as Moot, Plaintiff will file his response to Defendant's Motion for Entitlement to Attorneys' Fees and Expenses within 14 days of that order.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Plaintiff certifies that they have conferred with Defendant's counsel and that Defendant consents the relief requested herein.

Dated: March 7, 2025                                    Respectfully submitted,

*/s/ Jared J. Roberts*
Jared J. Roberts
(Fla. Bar No. 1036550)
Shawn M. Flynn
(Fla. Bar No. 1040911)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: shawn@binnall.com
          jared@binnall.com

*Counsel for Plaintiff*

3

## CERTIFICATE OF SERVICE

I certify that on March 7, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/*Jared J. Roberts*
Jared J. Roberts
(Fla. Bar No. 1036550)

*Counsel for Plaintiff*